IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-558-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALDAYA PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: A 2007 CHEVROLET AVALANCHE, VIN: 3GNFK12317G298542; AND, A 2008 CHEVROLET AVALANCHE, VIN: 3GNFK123X8G257506; AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 14th day of May, 2014.

_____
JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina